# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION -- LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>V.<br><br>ENRIQUE BENAVIDES-RODRIGUEZ,<br>    Defendant. | CRIMINAL NO. 5:15-26-KKC<br><br><br>**ORDER** |

This matter is before the Court on the Defendant's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 (DE 166) and United States Magistrate Judge Edward B. Atkins' Recommended Disposition (DE 175). Judge Atkins recommended that the Defendant's motion be denied. (DE 175 at 8) No objections have been filed as to his recommendation. The Court, after reviewing the Defendant's motion and applicable law, agrees with Judge Atkins' Recommended Disposition.

Accordingly, the Court, being sufficiently advised, **HEREBY ORDERS** as follows:

(1) Judge Atkins' Recommended Disposition (DE 175) is **ADOPTED** as the Court's opinion.

(2) The Defendant's motion to vacate, set aside, or correct sentence (DE 166) is **DENIED**.

(3) A Certificate of Appealability **SHALL NOT ISSUE** because the Defendant has not made a substantial showing of the denial of a Constitutional right. *See* 28 U.S.C. § 2253(c).

(4) A separate judgment shall issue.

Dated January 14, 2020



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY